### MILLIKEN v. CLARK et al.

No. 21608. Opinion Filed Nov. 3, 1930.
Rehearing Denied Nov. 18, 1930.

O. O. Milliken, in pro. per.

Embry. Johnson, Crowe & Tolbert, for defendants in error.

PER CURIAM. This is an attempt to appeal from a judgment entered in the district court of Comanche county on the 25th day of April, 1930, dismissing plaintiff's action.

No notice was given at the time the

judgment was rendered or within 10 days thereafter of plaintiff's intention to appeal to this court, and for the reason no notice of appeal was given as required by section 782, C. O. S. 1921, this court is without jurisdiction to review the judgment entered by the trial court. Oliver v. Kelly, 129 Okla. 121, 263 Pac. 649. The attempted appeal is dismissed.

SWINDALL, J., not participating.